IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

FOREST KIMBROUGH, et al.                :

        Plaintiffs                     :

        v.                             : Case No:   1:08-cv-901 PLF

ED SCHAFER, Secretary                   :
The United States Department of Agriculture
                                    :
        Defendant.
                                    :

**NOTICE OF APPEARANCE**

Please enter the appearance of David J. Frantz as Co-Counsel for Plaintiffs.

                                                      _____
                                                      David J. Frantz          DC Bar #202853
                                                      CONLON, FRANTZ & PHELAN, LLP
                                                      1818 N Street, N.W. – Suite 400
                                                      Washington, D.C. 20036
                                                      Phone: (202) 331-7050
                                                      Fax:   (202) 331-9306
                                                      Email: dfrantz@conlonfrantz.com

June 12, 2008