IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FOREST KIMBROUGH, et al.            :

        Plaintiffs            :

        v.            : Case No:   1:08-cv-901 PLF

ED SCHAFER, Secretary            :
The United States Department of Agriculture
                    :
        Defendant.
                    :

**NOTICE OF APPEARANCE**

Please enter the appearance of Brian P. Phelan as Co-Counsel for Plaintiffs.

        */s/ Brian P. Phelan*
        Brian P. Phelan     DC Bar #193441
        CONLON, FRANTZ & PHELAN, LLP
        1818 N Street, N.W. – Suite 400
        Washington, D.C. 20036
        Phone: (202) 331-7050
        Fax:   (202) 331-9306
        Email: bphelan@conlonfrantz.com

June 12, 2008