# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**NATIONAL BLACK FARMERS ASSN.,**
et al.,

    **Plaintiffs,**

v.                                                                                         Civil Action No. 08-CV-940 (PLF)

**ED SCHAFER, Secretary of the United States Department of Agriculture,**

    **Defendant.**

---

**MARY LEE AGEE, et al.,**

    **Plaintiffs,**

v.                                                                                         Civil Action No. 08-CV-882 (PLF)

**ED SCHAFER, Secretary of the United States Department of Agriculture,**

    **Defendant.**

---

**FOREST KIMBROUGH, et al.,**

    **Plaintiffs,**

v.                                                                                         Civil Action No. 08-CV-901 (PLF)

**ED SCHAFER, Secretary of the United States Department of Agriculture,**

    **Defendant.**

---

**LINDA ADAMS, et al.,**

    **Plaintiffs,**

**v.**                                                                 **Civil Action No. 08-CV-919 (PLF)**

**ED SCHAFER, Secretary of the United States Department of Agriculture,**

    **Defendant.**

---

**WILLIE E. BENNETT, et al.,**

    **Plaintiffs,**

**v.**                                                                 **Civil Action No. 08-CV-962 (PLF)**

**ED SCHAFER, Secretary of the United States Department of Agriculture,**

    **Defendant.**

---

**AMBROSE McKINNEY, et al.,**

    **Plaintiffs,**

**v.**                                                                 **Civil Action No. 08-CV-1062(PLF)**

**ED SCHAFER, Secretary of the United States Department of Agriculture,**

    **Defendant.**

---

**JAMES BOLTON, et al.,**

    **Plaintiffs,**

**v.**                                                                 **Civil Action No. 08-CV-1070(PLF)**

**ED SCHAFER, Secretary of the United States Department of Agriculture,**

    **Defendant.**

**BLACK FARMERS AND AGRICULTURALISTS ASSOCIATION, INC., et al.,**

    **Plaintiffs,**

v.                                                                                        Civil Action No. 08-CV-1188(PLF)

**ED SCHAFER, Secretary of the United States Department of Agriculture,**

    **Defendant.**

                                             /

## PLAINTIFFS FOREST KIMBROUGH, ET AL., REPLY TO PLAINTIFFS BLACK FARMERS AND AGRICULTURISTS ASSOCIATION, INC., TOMMY DAVIS, VIRGINIA FLINN FACTOR, LUDORA VALENTINE AND DAVID O. JACKSON RESPONSE TO MOTION FOR ENTRY OF PROPOSED CASE MAMANGEMENT ORDER NO. 1 AND MEMORANDUM IN SUPPORT

      Plaintiffs Forest Kimbrough, Betty F. Jackson, John Moore, Amos Burgess and Clarence E. Lee, II (hereinafter referred to as Plaintiffs Group #2), by and through undersigned counsel, hereby reply as follows to the Response to Motion for Entry of Proposed Case Management Order No. 1 and Memorandum In Support submitted by plaintiffs Black Farmers and Agriculturists Association, Inc., Tommy Davis, Virginia Flinn Factor, Ludora Valentine and David O. Jackson (hereinafter referred to as Plaintiffs Group #8 ).

1.    Plaintiffs Group #8 has objected to J. L. Chestnut, Jr. serving as co-lead counsel in this action on the grounds that it would create confusion and provide an advantage in seeking potential clients.

2.     In the original Pigford lawsuit, *Pigford v. Schafer*, Dist. Ct. D.C., Civil Case No. 97-1978; *Brewington v. Schafer*, Dist. Ct. D.C., Civil Case No. 98-1693, plaintiffs were represented by two lead counsel from the beginning of the case and that arrangement worked very well.

3.     J. L. Chestnut, Jr. played a crucial role in the original *Pigford* lawsuit from the very beginning and is quoted by this court in the consent decree issued in that lawsuit some seven times.

4.     Mr. Chestnut subsequently was named co-class counsel in the original *Pigford* lawsuit three years after the case was filed, because he had risen to take a lead role in representing the claimants in the class, and that also worked very well.

5.     Any concerns about co-lead counsel affecting potential plaintiffs—speculative in nature as they are, with no factual basis for them having been presented by Plaintiffs Group #8—could apply to either lead counsel under the proposed Order, including Andrew J. Marks, who Plaintiffs Group #8 would make sole lead counsel.

6.     All the plaintiffs except Plaintiffs Group #8 have come to an agreement on this matter of lead counsel and co-lead counsel.

7.     It is difficult to see how counsel for Plaintiffs Group #8 can argue that it should have a representative sit as lead counsel for plaintiffs when one of its team, Michael Espy, served as the Secretary of Agriculture, that is, leader of the Department that is alleged to have fostered the discriminatory practices these lawsuits seek to redress, during part of the period when the discrimination occurred.

8.     Mr. Chestnut and the firm he leads have continued to represent farmers with late claims for the past eight years without any real prospect of compensation because only a

small percentage of late claimants were allowed to file claims in the original *Pigford* lawsuit.

9. While Mr. Espy was leading the U. S. Department of Agriculture, which was at the heart of the problem, Mr. Chestnut was going all over this country fighting for Black Farmers. Mr. Chestnut has more than earned the right to serve as co-lead counsel in this current litigation.

10. Plaintiffs Group #8's Response does not explain what "confusion" will be created or how Plaintiffs Group #8 will be disadvantaged. No evidence has been proffered to suggest any harm to Plaintiffs Group #8.

Wherefore, Plaintiffs Group #2 respectfully request this court to deny the attempt of plaintiffs Group #8 to prevent J. L. Chestnut, Jr. from being appointed as co-lead counsel for Plaintiffs.

Respectfully Submitted,

/s/
Henry Sanders (SAN020)

OF COUNSEL:

CHESTNUT, SANDERS, SANDERS,
PETTAWAY & CAMPBELL, L.L.C.
Attorneys at Law
P. O. Box 1290
One Union Street
Selma, AL 36702-1290
(334) 875-9264

**CERTIFICATE OF SERVICE**

  This is to certify that, on this 29th day of July, 2008, I caused a copy of the foregoing Plaintiffs Forest Kimbrough, Et Al., Reply To Plaintiffs Black Farmers And Agriculturalists Association, Inc., Tommy Davis, Virginia Flinn Factor, Ludora Valentine And David O. Jackson Response To Motion For Entry Of Proposed Case Management Order No. 1 And Memorandum In Support to be filed electronically and that the document is available for viewing and downloading from the ECF system. I also certify that I sent a copy of this document by electronic mail to the following counsel of record in the above-referenced cases:

Scott Wm Weinstein
P. O. Box 9504
Ft. Myers, FL 33906-9504
sweinstein@fothelpeople.com

Gary E. Mason, Esq.
1225 19th St. NW, Suite 500
Washington, D. C. 29938
gmason@masonlawdc.com

Gregorio A. Francis, Esq.
20 North Orange Avenue, Suite 1600
Orlando, FL 329801
gfrancis@forthepeople.com

A. Michael Espy
317 E. Capitol Street, Suite 101
Jackson, MS 39201
Mike@mikespy.com

J. L. Chestnut, Jr.
Rose Sanders
Henry Sanders
One Union Street
Selma, AL 36702-1290
ebryant@csspca.com

David J. Frantz
1818 N. Street, NW, Suite 400
Washington, D. C. 20036
dfrantz@conlonfrantz.com

Phillip L. Fraas
818 Connecticut Avenue, NW
Washington, D.C. 20006

pfraas@phillipfraaslaw.com

James Scott Farrin
4819 Emperor Boulevard, Suite 200
Durham, NC 27703
jfarrin@farrin.com

Donald McEachin
4710 Nine Mile Road
Richmond, VA 23223
dmceachin@mceachingee.com

Harris Pogust
161 Washington Street, Suite 1520
Conshohocken, PA 19428
hpogust@pbmattorneys.com

William L. Garrison
P. O. Box 11310
Birmingham, AL 35202
wlgarrison@hgdlawfirm.com

Walter B. Calton
P. O. Box 696
Eufaula, AL 36027
wcalton@bellsouth.net

Jimmy Spurlock Calton, Jr.
226 East Broad Street
Eufaula, AL 36027
caltonlaw@eufaula.rr.com

Andrew H. Marks
Laurel Malson
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
amarks@crowell.com
lmalson@crowell.com

Michael Sitcov
Rachel J. Hines
20 Massachusetts Avenue N.W., Room 6146
Washington, DC 20001
Michael.sitcov@usdoj.gov
Rachel.hines@usdoj.gov

Doris Coles-Huff
555 4th Street, NW.
Washington, D.C. 20001
Doris.coles@usdoj.gov

                                                                                                                           /s/
                                                                                                                   Phillip L. Fraas

Case 1:08-cv-00901-PLF    Document 10    Filed 07/29/2008    Page 8 of 8